# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00395-CV

**Joel Paul Bach, Appellant**

**v.**

**Texas State University, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 13-1848, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Joel Paul Bach filed his notice of appeal on June 17, 2014.  On November 14, 2014, the Clerk of this Court notified appellant that his brief was overdue and that his appeal was subject to dismissal for want of prosecution unless he filed his brief or responded to the notice by November 24, 2014.  To date, appellant has neither filed his brief nor responded to this Court's notice.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   December 17, 2014